Official Form 1 (04/10)

## United States Bankruptcy Court
### NORTHERN DISTRICT OF ILLINOIS

| | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): *Davis, Shelly Ann* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): *1648* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): *320 North Slusser Street* *Apt. 3* *Grayslake IL*  ZIPCODE *60030* | Street Address of Joint Debtor (No. and Street, City, and State):  ZIPCODE |
| County of Residence or of the Principal Place of Business: *Lake* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): *SAME*  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE*  ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

### Nature of Business
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☐ Debts are primarily business debts.

### Chapter 11 Debtors:

**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Filing Fee (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Official Form 1 (04/10)                                                                                          FORM B1, Page   2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Shelly Ann Davis* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**   (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>*Northern District of Illinois* | Case Number:<br>*07-18334* | Date Filed:<br>*October 5, 2007* |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X   */s/ Douglas E. Zeit*                          *06/16/2010*<br>        Signature of Attorney for Debtor(s)                        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                                    FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Shelly Ann Davis* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Shelly Ann Davis*
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*06/16/2010*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*06/16/2010*
(Date)

### Signature of Attorney*

**X** */s/ Douglas E. Zeit*
Signature of Attorney for Debtor(s)

*Douglas E. Zeit   03125617*
Printed Name of Attorney for Debtor(s)

*LAW OFFICES OF DOUGLAS E. ZEIT*
Firm Name

*32 North West Street*
Address

*2nd Floor*

*Waukegan IL   60085*

*847-662-5509*
Telephone Number

*06/16/2010*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*06/16/2010*
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Shelly Ann Davis*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor: *Douglas E. Zeit*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *1,500.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . $ _____ *1,500.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*

3. $ ___*299.00*___ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *06/16/2010*                    Respectfully submitted,


                              X */s/ Douglas E. Zeit* _____
Attorney for Petitioner: *Douglas E. Zeit*
                         *LAW OFFICES OF DOUGLAS E. ZEIT*
                         *32 North West Street*
                         *2nd Floor*
                         *Waukegan IL  60085*
                         *847-662-5509*

**FORM B6A (Official Form 6A) (12/07)**

In re _Shelly Ann Davis_                                                      ,        Case No._____
                    Debtor(s)                                                                      (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re _Shelly Ann Davis_____,    Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash on hand*<br>*Location: In debtor's possession* | | $ 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Savings*<br>*Location: In debtor's possession* | | $ 20.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | *Security Deposit*<br>*with Landlord*<br>*Location: In debtor's possession* | | $ 825.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Household Goods*<br>*Location: In debtor's possession* | | $ 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Books Pictures*<br>*Location: In debtor's possession* | | $ 100.00 |
| 6.  Wearing apparel. | | *Wearing Apparel*<br>*Location: In debtor's possession* | | $ 100.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Interests in Insurance Policies*<br>*Life Insurance at Work*<br>*Location: In debtor's possession* | | *No Cash Value* |

Page ___1___ of ___3___

B6B (Official Form 6B) (12/07)

In re **Shelly Ann Davis** _____ ,      Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | | *Interests in IRA, ERISA 401(k)*<br>*Location: In debtor's possession* | | *Can Not Touch* |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2002 Toyota Corolla*<br>*Location: In debtor's possession* | | $ 2,500.00 |

Page __2__ of __3__

B6B (Official Form 6B) (12/07)

In re **Shelly Ann Davis** _____ ,    Case No. _____
                    Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 4,145.00 |

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re __Shelly Ann Davis_____,   Case No. _____
          Debtor(s)                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash on hand | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Checking Savings | 735 ILCS 5/12-1001(b) | $ 20.00 | $ 20.00 |
| Security Deposit | 735 ILCS 5/12-1001(b) | $ 825.00 | $ 825.00 |
| Household Goods | 735 ILCS 5/12-1001(e) | $ 500.00 | $ 500.00 |
| Books Pictures | 735 ILCS 5/12-1001(a) | $ 100.00 | $ 100.00 |
| Wearing Apparel | 735 ILCS 5/12-1001(a) | $ 100.00 | $ 100.00 |
| Interests in Insurance Policies | 735 ILCS 5/12-1001(f) | $ 0.00 | No Cash Value |
| Interests in IRA, ERISA | 735 ILCS 5/12-1006 | $ 0.00 | Can Not Touch |
| 2002 Toyota Corolla | 735 ILCS 5/12-1001(c) | $ 2,400.00 | $ 2,500.00 |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Shelly Ann Davis_____,        Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | **Subtotal $**  (Total of this page) | | | *$ 0.00* | *$ 0.00* |
| | | | **Total $**  (Use only on last page) | | | *$ 0.00* | *$ 0.00* |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Shelly Ann Davis*                                      Case No. 

                                                                          (if known)

_____
                          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐   4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Shelly Ann Davis*

Date:   *06/16/2010*

B6E (Official Form 6E) (04/10)

In re _Shelly Ann Davis_____,      Case No._____
                          **Debtor(s)**                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Shelly Ann Davis_____,        Case No. _____
         **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6481 |  |  |  |  |  |  | $ 4,259.00 |
| Creditor # : 1 Acs/Dept. of Education 501 Bleeker Street Utica NY 13501 |  |  | Student Loan |  |  |  |  |
| Account No:   0828 |  |  |  |  |  |  | $ 115.00 |
| Creditor # : 2 Anesthesia Consultants Ltd P.O. Box 570 Lake Forest IL 60045 |  |  | Medical Bills |  |  |  |  |
| Account No:   0828 |  |  |  |  |  |  |  |
| Representing: Anesthesia Consultants Ltd |  |  | Certified Services, Inc. P.O. Box 177 Waukegan IL 60079 |  |  |  |  |
| Account No:   0212 |  |  |  |  |  |  | $ 163.00 |
| Creditor # : 3 Apria Health Care Billing Cent 1328 S. Highland Avenue Jackson TN 38301 |  |  | Medical Bills |  |  |  |  |

_22_ continuation sheets attached

                                                                        Subtotal $     | $ 4,537.00 |
                                                                           Total $     |  |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelly Ann Davis_____ ,      Case No._____

**Debtor(s)**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0212 <br><br> *Representing:* <br> **Apria Health Care Billing Cent** | | | *CBCS/Capital Recovery Service* <br> *P.O. Box 2589* <br> *Columbus OH 43216* | | | | |
| Account No:   P212 <br> *Creditor # : 4* <br> **Apria Health Care Billing Cent** <br> **1328 S. Highland Avenue** <br> **Jackson TN 38301** | | | *Medical Bills* | | | | $ 126.00 |
| Account No:   P212 <br><br> *Representing:* <br> **Apria Health Care Billing Cent** | | | *CBCS/Capital Recovery Service* <br> *P.O. Box 2589* <br> *Columbus OH 43216* | | | | |
| Account No:   4155 <br> *Creditor # : 5* <br> **Asset Acceptance LLC** <br> **P.O. Box 2039** <br> **Warren MI 48090-2039** | | | *Phone Bill* | | | | $ 200.25 |
| Account No:   3283 <br> *Creditor # : 6* <br> **AT&T Mobility** <br> **5407 Andrews Highway** <br> **Midland TX 79706** | | | *Phone Bill* | | | | $ 1,500.00 |
| Account No:   3283 <br><br> *Representing:* <br> **AT&T Mobility** | | | *ER Solutions* <br> *800 SW 39th Street* <br> *Renton WA 98057* | | | | |

Sheet No.   _1_  of   _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                              Subtotal $   |   $ 1,826.25
                                                                              Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelly Ann Davis_ , Case No._____
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  3283<br><br>Representing:<br>AT&T Mobility | | | Nationwide Recovery Systems<br>2304 Tarpley Drive<br>#134<br>Carrollton TX 75006 | | | | |
| Account No:  4172<br><br>Creditor # : 7<br>Bank of America<br>7105 Corporate Drive<br>Plano TX 75024 | | | Balance for sale of foreclosed house | | | | $ 35,000.00 |
| Account No:  4172<br><br>Creditor # : 8<br>Bank of America<br>7105 Corporate Drive<br>Plano TX 75024 | | | Mortgage<br>1317 Kenmore Street<br>Round Lake Beach, Il   60073 | | | | $ 135,000.00 |
| Account No:  4172<br><br>Representing:<br>Bank of America | | | Codilis & Associates, PC<br>15W030 North Frontage Road<br>Ste. 100<br>Willowbrook IL 60527 | | | | |
| Account No:  1557<br><br>Creditor # : 9<br>Bella Rappaport<br>900 N. Shore Drive<br>Suite 151<br>Lake Bluff IL 60044 | | | Attorney Fees | | | | $ 1,276.00 |
| Account No:  4287<br><br>Creditor # : 10<br>B-Line<br>2101 4th Avenue<br>Suite 900<br>Seattle WA 98121 | | | Phone Bill | | | | $ 281.00 |

Sheet No.  _2_  of  _22_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 171,557.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelly Ann Davis_____,   Case No._____
       **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9018 <br> Creditor # : 11 <br> Capital One <br> P.O. Box 30285 <br> Salt Lake City UT 84130-0285 | | | Credit Card Purchases | | | | $ 1,903.00 |
| Account No:   9018 <br><br> Representing: <br> Capital One | | | Regional Adjustment Bureau, In <br> 7000 Goodlett Farms Parkway <br> Cordova TN 38016 | | | | |
| Account No:   5716 <br> Creditor # : 12 <br> Capital One <br> P.O. Box 30285 <br> Salt Lake City UT 84130-0285 | | | Credit Card Purchases | | | | $ 1,353.00 |
| Account No:   5716 <br><br> Representing: <br> Capital One | | | Alliance One Receivables Mgmt. <br> P.O. Box 3100 <br> Southeastern PA 19398 | | | | |
| Account No:   8828 <br> Creditor # : 13 <br> Children's Dentistry <br> 5250 Grand Avenue <br> #7 <br> Gurnee IL 60031 | | | Denist | | | | $ 121.00 |
| Account No:   8828 <br><br> Representing: <br> Children's Dentistry | | | Certified Services, Inc. <br> P.O. Box 177 <br> Waukegan IL 60079 | | | | |

Sheet No.   _3_ of   _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 3,377.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelly Ann Davis_____ ,   Case No._____
                    **Debtor(s)**                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    *9-00* <br> Creditor # : 14 <br> Comcast <br> 2508 W. Route 120 <br> McHenry IL 60051-4712 | | | Phone Bill | | | | $ 251.00 |
| Account No:    *9-00* <br> Representing: <br> Comcast | | | Credit Protection Assoc. <br> P.O. Box 802068 <br> Dallas TX 75380-2068 | | | | |
| Account No:    4033 <br> Creditor # : 15 <br> Commonwealth Edison Company <br> P.O. Box 87522 <br> Chicago IL 60680 | | | Utility Bills | | | | $ 735.00 |
| Account No:    4033 <br> Representing: <br> Commonwealth Edison Company | | | TCS, Inc., Torres Credit Servi <br> 27 Fairview Street <br> Ste. 301 <br> Carlisle PA 17015 | | | | |
| Account No:    4033 <br> Representing: <br> Commonwealth Edison Company | | | Credit Collection Services <br> P.O. Box 773 <br> Needham Heights MA 02494 | | | | |
| Account No:    2857 <br> Creditor # : 16 <br> Condell Acute Care Center <br> 810 E. Park <br> Ste. 132 <br> Libertyville IL 60048 | | | Medical Bills | | | | $ 319.00 |

Sheet No.   4   of   22   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 1,305.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelly Ann Davis_____ ,        Case No._____
                 **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 4914 <br> Creditor # : 17 <br> Condell Medical Center <br> 810 E. Park <br> Ste. 132 <br> Libertyville IL 60048 | | | Medical Bills | | | | $ 183.00 |
| Account No: 4914 <br> Representing: <br> Condell Medical Center | | | Harris & Harris <br> 222 Merchandise Mart Plaza <br> Ste. 1900 <br> Chicago IL 60654-0555 | | | | |
| Account No: nown <br> Creditor # : 18 <br> Condell Medical Center <br> 810 E. Park <br> Ste. 132 <br> Libertyville IL 60048 | | | Medical Bills | | | | $ 1,740.00 |
| Account No: nown <br> Representing: <br> Condell Medical Center | | | Certified Services, Inc. <br> P.O. Box 177-1733 <br> Waukegan IL 60085 | | | | |
| Account No: 9457 <br> Creditor # : 19 <br> Condell Medical Center <br> 810 E. Park <br> Ste 132 <br> Libertyville IL 60048 | | | Medical Bills | | | | $ 100.00 |
| Account No: 9457 <br> Representing: <br> Condell Medical Center | | | Harris & Harris <br> 222 Merchandise Mart Plaza <br> Suite 1900 <br> Chicago IL 60654-0555 | | | | |

Sheet No. _5_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 2,023.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelly Ann Davis_ _____ ,          Case No. _____
            **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   -008<br>Creditor # : 20<br>Sallie Mae Claims Dept.<br>P.O. Box 9400<br>Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 1,333.00 |
| Account No:   0006<br>Creditor # : 21<br>Sallie Mae Claims Dept.<br>P.O. Box 9400<br>Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 452.00 |
| Account No:   5200<br>Creditor # : 22<br>Sallie Mae Claims Dept.<br>P.O. Box 9400<br>Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 5,500.00 |
| Account No:   0003<br>Creditor # : 23<br>Sallie Mae Claims Dept.<br>P.O. Box 9400<br>Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 1,236.00 |
| Account No:   0005<br>Creditor # : 24<br>Sallie Mae Claims Dept.<br>P.O. Box 9400<br>Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 2,048.00 |
| Account No:   0007<br>Creditor # : 25<br>Sallie Mae Claims Dept.<br>P.O. Box 9400<br>Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 726.00 |

Sheet No.   6  of   22  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 11,295.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelly Ann Davis_____ ,   Case No. _____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0009<br>Creditor # : 26<br>Sallie Mae Claims Dept.<br>P.O. Box 9400<br>Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 726.00 |
| Account No:   0001<br>Creditor # : 27<br>Sallie Mae Claims Dept.<br>P.O. Box 9400<br>Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 2,625.00 |
| Account No:   8200<br>Creditor # : 28<br>Sallie Mae Claims Dept.<br>P.O. Box 9400<br>Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 3,666.00 |
| Account No:   032A<br>Creditor # : 29<br>Department of Education<br>P.O. Box 7063<br>Utica NY 13504-7063 | | | Student Loan | | | | $ 4,388.00 |
| Account No:   5200<br>Creditor # : 30<br>Sallie Mae Claims Dept.<br>P.O. Box 9400<br>Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 5,500.00 |
| Account No:   6200<br>Creditor # : 31<br>Sallie Mae Claims Dept.<br>P.O. Box 9400<br>Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 5,000.00 |

Sheet No.   7  of   22  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 21,905.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Shelly Ann Davis_____,          Case No._____
**Debtor(s)**                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    7200 Creditor # : 32 Sallie Mae Claims Dept. P.O. Box 9400 Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 3,334.00 |
| Account No:    0010 Creditor # : 33 Sallie Mae Claims Dept. P.O. Box 9400 Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 2,215.00 |
| Account No:    0002 Creditor # : 34 Sallie Mae Claims Dept. P.O. Box 9400 Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 2,764.00 |
| Account No:    0004 Creditor # : 35 Sallie Mae Claims Dept. P.O. Box 9400 Wilkes Barre PA 18773-9400 | | | Student Loan | | | | $ 875.00 |
| Account No:    9639 Creditor # : 36 Dish Network-Echostar Satellit 5701 S. Sante Fe Drive Littleton CO 80120 | | | TV Programs | | | | $ 100.00 |
| Account No:    9639 Representing: Dish Network-Echostar Satellit | | | AFNI P.O. Box 3517 Bloomington IL 61702-3517 | | | | |

Sheet No.  _8_ of  _22_ continuation sheets attached to Schedule of     Subtotal $     $ 9,288.00
Creditors Holding Unsecured Nonpriority Claims
                                                                     Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelly Ann Davis_____,   Case No._____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   2147 | | | | | | | $ 25.00 |
| Creditor # : 37 Gastroenterology Consultants 890 Garfield Avenue Suite 103 Libertyville IL 60048 | | | Medical Bills | | | | |
| Account No.   0649 | | | | | | | $ 400.00 |
| Creditor # : 38 Grayslake High School 400 N. Lake Street Grayslake IL 60030 | | | | | | | |
| Account No.   0365 | | | | | | | $ 125.00 |
| Creditor # : 39 Greater Round Lake Fire Prot. P.O Box 1368 Elmhurst IL 60126 | | | Medical Bills | | | | |
| Account No.   1254 | | | | | | | $ 329.00 |
| Creditor # : 40 Illinois Bone & Joint 350 S. Northwest Highway suite 200 Park Ridge IL 60068 | | | Medical Bills | | | | |
| Account No.   1254 | | | | | | | |
| Representing: Illinois Bone & Joint | | | Medical Business Bureau, Inc. P.O. Box 1219 Park Ridge Il 60068-7219 | | | | |
| Account No.   7302 | | | | | | | $ 378.00 |
| Creditor # : 41 Illinois Bone & Joint 350 S. Northwest Highway Suite 200 Park Ridge IL 60068 | | | Medical Bills | | | | |

Sheet No.   9   of   22   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 1,257.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelly Ann Davis_ ,                                    Case No. _____
          **Debtor(s)**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   7302  *Representing:* **Illinois Bone & Joint** | | | *Keynote Consulting* *220 W. Campus Drive* *Ste. 102* *Arlington Height IL 60004* | | | | |
| Account No.   8250  *Creditor # : 42* *Illinois Collection Service* *P.O. Box 1010* *Tinley Park IL 60477-9110* | | | *Medical Bills* | | | | $ 19.00 |
| Account No.   6105  *Creditor # : 43* *ISAC* *1755 Lake Cook Road* *Deerfield IL 60015-5209* | | | *Student Loan* | | | | $ 2,238.64 |
| Account No.   6107  *Creditor # : 44* *ISAC* *1755 Lake Cook Road* *Deerfield IL 60015-5209* | | | *Student Loan* | | | | $ 956.46 |
| Account No.   6108  *Creditor # : 45* *ISAC* *1755 Lake Cook Road* *Deerfield IL 60015-5209* | | | *Student Loan* | | | | $ 1,484.35 |
| Account No.   6109  *Creditor # : 46* *ISAC* *1755 Lake Cook Road* *Deerfield IL 60015-5209* | | | *Student Loan* | | | | $ 2,869.38 |

Sheet No.   _10_  of   _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 7,567.83

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Shelly Ann Davis_ ,                                    Case No._____
        **Debtor(s)**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **6106** Creditor # : 47 ISAC 1755 Lake Cook Road Deerfield IL 60015-5209 | | | Student Loan | | | | $ 532.09 |
| Account No: **6110** Creditor # : 48 ISAC 1755 Lake Cook Road Deerfield IL 60015-5209 | | | Student Loan | | | | $ 3,364.18 |
| Account No: **6115** Creditor # : 49 ISAC 1755 Lake Cook Road Deerfield IL 60015-5209 | | | Student Loan | | | | $ 6,123.00 |
| Account No: **6118** Creditor # : 50 ISAC 1755 Lake Cook Road Deerfield IL 60015-5209 | | | Student Loan | | | | $ 4,081.00 |
| Account No: **6117** Creditor # : 51 ISAC 1755 Lake Cook Road Deerfield IL 60015-5209 | | | Student Loan | | | | $ 3,833.00 |
| Account No: **1251** Creditor # : 52 ISAC 1755 Lake Cook Road Deerfield IL 60015-5209 | | | Student Loan | | | | $ 19,903.01 |

Sheet No. __11__ of __22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 37,836.28

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelly Ann Davis_____,   Case No._____
**Debtor(s)**   **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    1251<br><br>Representing:<br>ISAC | | | NCO Financial Systems Inc.<br>5626 Frantz Road<br>Dublin OH 43017 | | | | |
| Account No:    6103<br>Creditor # : 53<br>ISAC<br>1755 Lake Cook Road<br>Deerfield IL 60015-5209 | | | Student Loan | | | | $ 794.00 |
| Account No:    6102<br>Creditor # : 54<br>ISAC<br>1755 Lake Cook Road<br>Deerfield IL 60015-5209 | | | Student Loan | | | | $ 2,564.35 |
| Account No:    6101<br>Creditor # : 55<br>ISAC<br>1755 Lake Cook Road<br>Deerfield IL 60015-5209 | | | Student Loan | | | | $ 794.00 |
| Account No:    6116<br>Creditor # : 56<br>ISAC<br>1755 Lake Cook Road<br>Deerfield IL 60015-5209 | | | Student Loan | | | | $ 5,913.00 |
| Account No:    6104<br>Creditor # : 57<br>ISAC<br>1755 Lake Cook Road<br>Deerfield IL 60015-5209 | | | Student Loan | | | | $ 1,552.49 |

Sheet No. _12_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 11,617.84

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelly Ann Davis_____ ,       Case No._____
         **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5610 Creditor # : 58 Lake County Acute Care LLP 810 E. Park Suite 132 Libertyville IL 60048 | | | Medical Bills | | | | $ 25.00 |
| Account No:   5610 Representing: Lake County Acute Care LLP | | | United Collection Bureau, Inc. P.O. Box 140190 Toledo OH 43614 | | | | |
| Account No:   2448 Creditor # : 59 Lake County Anesth. P.O. Box 70 Lake Forest IL 60045 | | | Medical Bills | | | | $ 91.00 |
| Account No:   2448 Representing: Lake County Anesth. | | | Certified Services, Inc. P.O. Box 177-1733 Waukegan IL 60079 | | | | |
| Account No:   L010 Creditor # : 60 Lake County Center for Chest D 15 Tower Court Suite 140 Gurnee IL 60031 | | | Medical Bills | | | | $ 123.00 |
| Account No:   L010 Representing: Lake County Center for Chest D | | | Certified Services, Inc. P.O. Box 177 Waukegan IL 60079 | | | | |

Sheet No. _13_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 239.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelly Ann Davis_____,    Case No._____

**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    430 <br> Creditor # : 61 <br> Lake Forest Hospital <br> 75 Remittance Drive <br> Suite 6802 <br> Chicago IL 60675 | | | Medical Bills | | | | $ 64.00 |
| Account No:    212N <br> Creditor # : 62 <br> Lake Forest Hospital <br> 75 Remittance Drive <br> Suite 3276 <br> Chicago IL 60675 | | | Medical Bills | | | | $ 28.00 |
| Account No:    9301 <br> Creditor # : 63 <br> Lake Forest Hospital <br> 75 Remittance Drive <br> Suite 6802 <br> Chicago IL 60675 | | | Medical Bills | | | | $ 403.00 |
| Account No:    5129 <br> Creditor # : 64 <br> Lake Forest Hospital <br> 75 Remittance Drive <br> Suite 6802 <br> Chicago IL 60675 | | | Medical Bills | | | | $ 171.00 |
| Account No:    6519 <br> Creditor # : 65 <br> LCA Collections <br> 1250 Chapel Hill Road <br> Burlington NC 27215 | | | Medical Bills | | | | $ 7.00 |
| Account No:    4398 <br> Creditor # : 66 <br> Lewis University Library <br> One University Parkway <br> Romeoville IL 60446-2200 | | | | | | | $ 65.00 |

Sheet No.   14  of   22  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 738.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelly Ann Davis_____ ,    Case No. _____
        **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No. 54-8** Creditor # : 67 *Medical Business Bureau, LLC* *P.O. Box 1219* *Park Ridge IL 60068-7219* | | | *Medical Bills* | | | | $ 272.00 |
| **Account No. 8164** Creditor # : 68 *Midwest Diagnostic Pathology* *520 E. 22nd Street* *Lombard IL 60148* | | | *Medical Bills* | | | | $ 52.00 |
| **Account No. 1648** Creditor # : 69 *National Louis University* *1000 Capital Drive* *Wheeling IL 60090* | | | *Statement* | | | | $ 1,615.00 |
| **Account No. 1648** *Representing:* *National Louis University* | | | *RMS* *4200 Cantera Drive* *Suite 211* *Warrenville IL 60555* | | | | |
| **Account No. 722** Creditor # : 70 *Neil J. Anderson, P.C.* *1972 Main Street* *Spring Grove IL 60081* | | | *Attorney Fees* | | | | $ 900.00 |
| **Account No. 1032** Creditor # : 71 *NiCOR Gas Co.* *1844 W. Ferry Road* *Naperville IL 60563* | | | *Utility Bills* | | | | Unknown |

Sheet No. _15_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,839.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelly Ann Davis_____,   Case No._____
           **Debtor(s)**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  *1032*  *Representing:*  *NiCOR Gas Co.* | | | *Harris & Harris*  *222 Merchandise Mart Plaza*  *Suite 1900*  *Chicago IL 60654-0555* | | | | |
| Account No:  *1529*  *Creditor # : 72*  *NiCOR Gas Co.*  *1844 W. Ferry Road*  *Naperville IL 60563* | | | *Utility Bills* | | | | $ 688.00 |
| Account No:  *1529*  *Representing:*  *NiCOR Gas Co.* | | | *Harris & Harris*  *222 Merchandise Mart Plaza*  *Suite 1900*  *Chicago IL 60654-0555* | | | | |
| Account No:  *00-2*  *Creditor # : 73*  *NiCOR Gas Co.*  *1844 W. Ferry Road*  *Naperville IL 60563* | | | *Utility Bills* | | | | $ 719.00 |
| Account No:  *00-2*  *Representing:*  *NiCOR Gas Co.* | | | *Harris & Harris*  *222 Merchandise Mart Plaza*  *Suite 1900*  *Chicago IL 60654-0555* | | | | |
| Account No:  *9AAH*  *Creditor # : 74*  *North Shore University /ENH La*  *9851 Eagle Way*  *Chicago IL 60678-0001* | | | *Medical Bills* | | | | $ 5.25 |

Sheet No. __16__ of __22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,412.25

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelly Ann Davis_____,         Case No._____
                  **Debtor(s)**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **1AAC** Creditor # : 75 *North Shore University /ENH La 9851 Eagle Way Chicago IL 60678-0001* | | | *Medical Bills* | | | | $ 177.00 |
| Account No: **5007** Creditor # : 76 *North Shore University Health 9532 Eagle Way Chicago IL 60678-0001* | | | *Medical Bills* | | | | $ 387.00 |
| Account No: **5007** *Representing: North Shore University Health* | | | *Van Ru Credit Corporation 1350 E. Touhy Avenue Suite 100E Des Plaines IL 60018-3003* | | | | |
| Account No: **5007** *Representing: North Shore University Health* | | | *Pinnacle Magagement Services 514 Market Loop, Suite 103 Dundee IL 60118* | | | | |
| Account No: **4180** Creditor # : 77 *North Shore University Health 9532 Eagle Way Chicago IL 60678-0001* | | | *Medical Bills* | | | | $ 410.00 |
| Account No: **4180** *Representing: North Shore University Health* | | | *Van Ru Credit Corporation 1350 E. Touhy Avenue Suite 100E Des Plaines IL 60018-3003* | | | | |

Sheet No. **17** of **22** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 974.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Shelly Ann Davis_____ ,        Case No._____
                **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 4180<br>Creditor # : 78<br>North Shore University Health<br>9532 Eagle Way<br>Chicago IL 60678-0001 | | | Medical Bills | | | | $ 130.00 |
| Account No: 4180<br>Representing:<br>North Shore University Health | | | Van Ru Credit Corporation<br>1350 E. Touhy Avenue<br>Suite 100E<br>Des Plaines IL 60018-3003 | | | | |
| Account No: 5115<br>Creditor # : 79<br>North Shore University Health<br>P.O. Box 1006<br>Ste. 330<br>Skokie IL 60076-9877 | | | Medical Bills | | | | $ 100.00 |
| Account No: 5115<br>Representing:<br>North Shore University Health | | | Pinnacle Magagement Services<br>514 Market Loop, Suite 103<br>Dundee IL 60118 | | | | |
| Account No: 7159<br>Creditor # : 80<br>North Shore University Health<br>P.O. Box 1006<br>Ste. 330<br>Skokie IL 60076-9877 | | | Medical Bills | | | | $ 202.00 |
| Account No: 7159<br>Representing:<br>North Shore University Health | | | Pinnacle Magagement Services<br>514 Market Loop, Suite 103<br>Dundee IL 60118 | | | | |

Sheet No. _18_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 432.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelly Ann Davis_ _____,   Case No._____
           **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3355<br>*Creditor # : 81*<br>*Northern Lake Mediacl LTD/Auro*<br>*81 E. Grand Avenue*<br>*Fox Lake IL 60020-1250* | | | *Medical Bills* | | | | $ 40.00 |
| Account No:   3355<br>*Representing:*<br>*Northern Lake Mediacl LTD/Auro* | | | *Armor Systems Corp.*<br>*1700 Keifer Drive, Suite 1*<br>*Zion IL 60099* | | | | |
| Account No:   4287<br>*Creditor # : 82*<br>*Richard J. Badrone*<br>*5 Industial Way*<br>*Salem NH 03079* | | | *Phone Bill* | | | | $ 281.00 |
| Account No:   8334<br>*Creditor # : 83*<br>*Robert J. Semrad & Associates*<br>*20 S. Clark Street*<br>*28th Floor*<br>*Chicago IL 60603* | | | *Attorney Fees* | | | | $ 1,954.00 |
| Account No:   8334<br>*Representing:*<br>*Robert J. Semrad & Associates* | | | *Fisher and Sharpio*<br>*2121 Waukegan Road*<br>*Ste. 301*<br>*Deerfield IL 60015* | | | | |
| Account No:   5231<br>*Creditor # : 84*<br>*Septon Dermatology Assoc*<br>*755 S. Milwaukee Avenue*<br>*Libertyville IL 60048* | | | *Medical Bills* | | | | $ 5.00 |

Sheet No. __19__ of __22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,280.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelly Ann Davis_ ,                                    Case No._____
      **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 9802<br>Creditor # : 85<br>SKO Brenner Americann, Inc.<br>PO Box 230<br>Farmingdale NY 11735-0230 | | | | | | | $ 200.00 |
| Account No: 6809<br>Creditor # : 86<br>Souma Diagnostic, Ltd<br>P.O. Box 11690<br>Chicago IL 60611-1690 | | | Medical Bills | | | | $ 133.00 |
| Account No: 2429<br>Creditor # : 87<br>Transworld Systems Inc.<br>25 N. W. Point Blvd.<br>#750<br>Elk Grove Villag IL 60007-7318 | | | | | | | $ 305.00 |
| Account No: 1087<br>Creditor # : 88<br>Van Ru Credit Corp.<br>1350 E. Touhy Avenue<br>Ste. 100E<br>Des Plaines IL 60018-3003 | | | Medical Bills | | | | $ 450.00 |
| Account No: 2607<br>Creditor # : 89<br>Van Ru Credit Corp.<br>1350 E. Touhy Avenue<br>Ste. 100E<br>Des Plaines IL 60018-3003 | | | Medical Bills | | | | $ 450.00 |
| Account No: 7263<br>Creditor # : 90<br>Van Ru Credit Corp.<br>1350 E. Touhy Avenue<br>Ste. 100E<br>Des Plaines IL 60018-3003 | | | Medical Bills | | | | $ 230.00 |

Sheet No. _20_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 1,768.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelly Ann Davis_____,   Case No._____
           **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0004 | | | | | | | $ 214.00 |
| Creditor # : 91 Village of Round Lake Beach 1937 N. Municipal Way Round Lake IL 60073 | | | | | | | |
| Account No:   1813 | | | | | | | $ 42.00 |
| Creditor # : 92 Waste Management 1411 Opus Place Downers Grove IL 60515 | | | Garbage Service | | | | |
| Account No:   1813 | | | | | | | |
| Representing: Waste Management | | | RMS P.O. Box 523 Richfield OH 44286 | | | | |
| Account No:   2013 | | | | | | | $ 49.00 |
| Creditor # : 93 Waste Management 1411 Opus Place Downers Grove IL 60515 | | | Garbage Service | | | | |
| Account No:   3977 | | | | | | | $ 86.00 |
| Creditor # : 94 Waste Management 1411 Opus Place Downers Grove IL 60515 | | | Garbage Service | | | | |
| Account No:   3977 | | | | | | | |
| Representing: Waste Management | | | RMS P.O. Box 523 Richfield OH 44286 | | | | |

Sheet No. _21_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 391.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Shelly Ann Davis_____ ,        Case No. _____
          **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *2013* <br> *Creditor # : 95* <br> *Waste Management* <br> *1411 Opus Place* <br> *Downers Grove IL 60515* | | | *Garbage Service* | | | | $ 143.00 |
| Account No: *2013* <br> *Representing:* <br> *Waste Management* | | | *RMS* <br> *P.O. Box 523* <br> *Richfield OH 44286* | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _22_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                             **Subtotal $**       $ 143.00

                                 **Total $**   $ 296,608.45

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Shelly Ann Davis_ _____ , / Debtor          Case No. _____
                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re *Shelly Ann Davis*                                                    / Debtor          Case No. _____

                                                                                                    (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re *Shelly Ann Davis* _____ ,   Case No. _____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Single* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): *Daughter* *Son* | AGE(S): *17* *15* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Unemployed* | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 290.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other  (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 290.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ (290.00) | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): *Unemployment Benefit Acct.* | $ 2,232.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,232.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ 1,942.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 1,942.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re _Shelly Ann Davis_____ ,    Case No. _____
        **Debtor(s)**                                          (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 825.00 |
| a. Are real estate taxes included?    Yes ☐   No ☒ | | |
| b. Is property insurance included?    Yes ☐   No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 70.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 150.00 |
| d. Other    _Internet and TV_ | $ | 60.00 |
| Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 14.50 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 86.33 |
| e. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other: | $ | 0.00 |
| c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 2,155.83 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 16 of Schedule I | $ | 1,942.00 |
| b. Average monthly expenses from Line 18 above | $ | 2,155.83 |
| c. Monthly net income (a. minus b.) | $ | (213.83) |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Shelly Ann Davis*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $        0.00 | | |
| B-Personal Property | *Yes* | *3* | $     4,145.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $        0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $        0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *23* | | $   296,608.45 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $     1,942.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $     2,155.83 |
| TOTAL | | *34* | $     4,145.00 | $   296,608.45 | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Shelly Ann Davis*                                        Case No.

                                                               Chapter   **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *103,649.95* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *103,649.95* |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *1,942.00* |
| Average Expenses (from Schedule J, Line 18) | $ *2,155.83* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *2,232.00* |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *0.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *296,608.45* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *296,608.45* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:*Shelly Ann Davis*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

*Year to date:*
*   Last Year:*
*2009-$39,746.00*
*Year before:*
*2008-$50,975.00*

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

AMOUNT

SOURCE

*Year to
date:$2,292.00/month
   Last Year:
Year before:*

*Unemployment Compensation*

---

### 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *BAC Home Loans Servicing v. Shelly Davis Case No.:  09 CH 00756* | *Foreclosure* | *19th Judicial Circuit Court, Lake County, Illinois* | *Judgment* |

---

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Bank of America Address: P.O. Box 5170* | *2/9/10* | *Description: 1317 Kenmore Street Round Lake Beach, Il   60073* |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Simi Valley, CA   93062-5170* | | *Value:$124,000.00* |

---

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Bank of America*<br>*Address:*<br>*P.O. Box 5170*<br>*Simi Valley, CA   93062-5170* | *1/26/2010* | *Description:*<br>*1317 Kenmore Street*<br>*Round Lake Beach, Il   60073*<br>*Value:* |

---

### 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Douglas E. Zeit*<br>*Address:*<br>*32 North West Street* | *Date of Payment:*<br>*Payor: Shelly Ann Davis* | *$1,500.00* |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*2nd Floor*
*Waukegan, IL 60085*

---

*Payee: Douglas E. Zeit*          *Date of Payment:*               $1,500.00
*Address:*                        *Payor: Shelly Ann Davis*
*32 North West Street*
*2nd Floor*
*Waukegan, IL 60085*

---

### 10. Other transfers

None  ☒  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  ☒  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

---

### 11. Closed financial accounts

None  ☒  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None  ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None  ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 4

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor:Shelly Davis* <br> *Address:* <br> *1317 Kenmore Avenue* <br> *Round Lake Beach, Il   60073* | *Name(s):same* | *2003-5/09* |

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None

☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None

☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   *06/16/2010*         Signature   */s/ Shelly Ann Davis*
                            of Debtor

Date   _____          Signature   _____
                            of Joint Debtor
                            (if any)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Shelly Ann Davis*

Case No.
Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes     ☐ No |

### Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: *06/16/2010*_____     Debtor: */s/ Shelly Ann Davis*_____

Date: _____     Joint Debtor: _____

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re _Shelly Ann Davis_ _____     Case No. _____
                          Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____35____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _6/16/2010_ _____        Signature _/s/ Shelly Ann Davis_ _____
                                                        _Shelly Ann Davis_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Shelly Ann Davis*

Case No.
Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *Douglas E. Zeit*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *06/16/2010*

*/s/ Shelly Ann Davis*
Debtor

Davis.txt

Acs/Dept. of Education
501 Bleeker Street
Utica, NY  13501


AFNI
P.O. Box 3517
Bloomington, IL  61702-3517


Alliance One Receivables Mgmt.
P.O. Box 3100
Southeastern, PA  19398


Anesthesia Consultants Ltd
P.O. Box 570
Lake Forest, IL  60045


Apria Health Care Billing Cent
1328 S. Highland Avenue
Jackson, TN  38301


Armor Systems Corp.
1700 Keifer Drive, Suite 1
Zion, IL  60099


Asset Acceptance LLC
P.O. Box 2039
Warren, MI  48090-2039


AT&T Mobility
5407 Andrews Highway
Midland, TX  79706


Bank of America
7105 Corporate Drive
Plano, TX  75024


Bella Rappaport
900 N. Shore Drive
Suite 151
Lake Bluff, IL  60044


B-Line
2101 4th Avenue
Suite 900

Davis.txt

Seattle, WA  98121


Capital One
P.O. Box 30285
Salt Lake City, UT  84130-0285


CBCS/Capital Recovery Service
P.O. Box 2589
Columbus, OH  43216


Certified Services, Inc.
P.O. Box 177
Waukegan, IL  60079


Certified Services, Inc.
P.O. Box 177-1733
Waukegan, IL  60085


Certified Services, Inc.
P.O. Box 177-1733
Waukegan, IL  60079


Children's Dentistry
5250 Grand Avenue
#7
Gurnee, IL  60031


Codilis & Associates, PC
15W030 North Frontage Road
Ste. 100
Willowbrook, IL  60527


Comcast
2508 W. Route 120
McHenry, IL  60051-4712


Commonwealth Edison Company
P.O. Box 87522
Chicago, IL  60680


Condell Acute Care Center
810 E. Park
Ste. 132
Libertyville, IL  60048

Davis.txt

Condell Medical Center
810 E. Park
Ste. 132
Libertyville, IL  60048


Condell Medical Center
810 E. Park
Ste 132
Libertyville, IL  60048


Credit Collection Services
P.O. Box 773
Needham Heights, MA  02494


Credit Protection Assoc.
P.O. Box 802068
Dallas, TX  75380-2068


Department of Education
P.O. Box 7063
Utica, NY  13504-7063


Sallie Mae Claims Dept.
P.O. Box 9400
Wilkes Barre, PA  18773-9400


Dish Network-Echostar Satellit
5701 S. Sante Fe Drive
Littleton, CO  80120


ER Solutions
800 SW 39th Street
Renton, WA  98057


Fisher and Sharpio
2121 Waukegan Road
Ste. 301
Deerfield, IL  60015


Gastroenterology Consultants
890 Garfield Avenue
Suite 103
Libertyville, IL  60048


Grayslake High School
400 N. Lake Street
Grayslake, IL  60030

Davis.txt


Greater Round Lake Fire Prot.
P.O Box 1368
Elmhurst, IL   60126


Harris & Harris
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL   60654-0555


Harris & Harris
222 Merchandise Mart Plaza
Ste. 1900
Chicago, IL   60654-0555


Illinois Bone & Joint
350 S. Northwest Highway
Suite 200
Park Ridge, IL   60068


Illinois Collection Service
P.O. Box 1010
Tinley Park, IL   60477-9110


ISAC
1755 Lake Cook Road
Deerfield, IL   60015-5209


Keynote Consulting
220 W. Campus Drive
Ste. 102
Arlington Height, IL   60004


Lake County Acute Care LLP
810 E. Park
Suite 132
Libertyville, IL   60048


Lake County Anesth.
P.O. Box 70
Lake Forest, IL   60045


Lake County Center for Chest D
15 Tower Court
Suite 140
Gurnee, IL   60031

Davis.txt

Lake Forest Hospital
75 Remittance Drive
Suite 6802
Chicago, IL  60675


Lake Forest Hospital
75 Remittance Drive
Suite 3276
Chicago, IL  60675


LCA Collections
1250 Chapel Hill Road
Burlington, NC  27215


Lewis University Library
One University Parkway
Romeoville, IL  60446-2200


Medical Business Bureau, Inc.
P.O. Box 1219
Park Ridge, Il  60068-7219


Medical Business Bureau, LLC
P.O. Box 1219
Park Ridge, IL  60068-7219


Midwest Diagnostic Pathology
520 E. 22nd Street
Lombard, IL  60148


National Louis University
1000 Capital Drive
Wheeling, IL  60090


Nationwide Recovery Systems
2304 Tarpley Drive
#134
Carrollton, TX  75006


NCO Financial Systems Inc.
5626 Frantz Road
Dublin, OH  43017


Neil J. Anderson, P.C.
1972 Main Street
Spring Grove, IL  60081

Davis.txt


NiCOR Gas Co.
1844 W. Ferry Road
Naperville, IL  60563


North Shore University /ENH La
9851 Eagle Way
Chicago, IL  60678-0001


North Shore University Health
P.O. Box 1006
Ste. 330
Skokie, IL  60076-9877

North Shore University Health
9532 Eagle Way
Chicago, IL  60678-0001


Northern Lake Mediacl LTD/Auro
81 E. Grand Avenue
Fox Lake, IL  60020-1250


Pinnacle Magagement Services
514 Market Loop, Suite 103
Dundee, IL  60118


Regional Adjustment Bureau, In
7000 Goodlett Farms Parkway
Cordova, TN  38016


Richard J. Badrone
5 Industial Way
Salem, NH  03079


RMS
P.O. Box 523
Richfield, OH  44286


RMS
4200 Cantera Drive
Suite 211
Warrenville, IL  60555

Davis.txt

Robert J. Semrad & Associates
20 S. Clark Street
28th Floor
Chicago, IL  60603


Septon Dermatology Assoc
755 S. Milwaukee Avenue
Libertyville, IL  60048


SKO Brenner Americann, Inc.
PO Box 230
Farmingdale, NY  11735-0230


Souma Diagnostic, Ltd
P.O. Box 11690
Chicago, IL  60611-1690


TCS, Inc., Torres Credit Servi
27 Fairview Street
Ste. 301
Carlisle, PA  17015


Transworld Systems Inc.
25 N. W. Point Blvd.
#750
Elk Grove Villag, IL  60007-7318


United Collection Bureau, Inc.
P.O. Box 140190
Toledo, OH  43614


Van Ru Credit Corp.
1350 E. Touhy Avenue
Ste. 100E
Des Plaines, IL  60018-3003


Van Ru Credit Corporation
1350 E. Touhy Avenue
Suite 100E
Des Plaines, IL  60018-3003


Village of Round Lake Beach
1937 N. Municipal Way
Round Lake, IL  60073


Waste Management
1411 Opus Place
Downers Grove, IL  60515

Davis.txt